**David C. Lewis**, OSB No. 953348
E-mail:  dlewis@cisoregon.org
**Lauren E. Nweze**, OSB No. 145218
E-mail:  lnweze@cisoregon.org
**KRAEMER & LEWIS**
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503)763-3875
Facsimile: (503) 763-3901

Of Attorneys for Defendants City of St. Helens,
Boswell, Eustice, Gaston, and Castilleja

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **AUBREY CLARK JR.**,<br><br>       Plaintiff,<br><br>   v.<br><br>**CITY OF ST. HELENS; OFFICER ANTHONY J. BOSWELL; SERGEANT EVIN V. EUSTICE; OFFICER DYLAN J. GASTON; SERGEANT JOSE H. CASTIJELLA, III; JOHN DOE 1** (Columbia County District Attorney); **JOHN DOE 2** (Columbia County Deputy District Attorney); and **JANE DOE 1** (Victim's Advocate, Columbia County DA's Office),<br><br>       Defendants. | No. 3:20-cv-01723-HZ<br><br>**DEFENDANTS CITY OF ST. HELENS, OFFICER ANTHONY J. BOSWELL, SERGEANT EVIN V. EUSTICE, OFFICER DYLAN J. GASTON, AND SERGEANT JOSE CASTILLEJA III'S ("CITY DEFENDANTS") NOTICE OF WITHDRAWAL OF STEVEN A. KRAEMER** |

/ / /

/ / /

/ / /

Page 1 -   **CITY DEFENDANTS' NOTICE OF WITHDRAWAL OF STEVEN A. KRAEMER**

**KRAEMER & LEWIS**
**Not a Partnership**
**Employees of CIS (Citycounty Insurance Services)**
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503) 763-3875
Facsimile: (503) 763-3901

City Defendants hereby gives notice of withdrawal of counsel, Steven A. Kraemer. David C. Lewis and Lauren E. Nweze remain attorneys of record.

Defendant respectfully requests that attorney Steven A. Kraemer no longer receive the court's ECF notices on this matter.

Respectfully submitted this 30th day of July 2021.

                        KRAEMER & LEWIS

By:   s/ *Lauren E. Nweze*
       David C. Lewis, OSB No. 953348
       Lauren E. Nweze, OSB No. 145218
       Of Attorneys for Defendants City of
       St. Helens, Officer Anthony J. Boswell,
       Sergeant Evin V. Eustice, Officer Dylan J.
       Gaston, and Sergeant Jose Castilleja III

Page 2 -  **CITY DEFENDANTS' NOTICE OF WITHDRAWAL OF STEVEN A. KRAEMER**

**KRAEMER & LEWIS**
Not a Partnership
Employees of CIS (Citycounty Insurance Services)
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503) 763-3875
Facsimile: (503) 763-3901

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July 2021, I served the foregoing **CITY DEFENDANTS' NOTICE OF WITHDRAWAL OF STEVEN A. KRAEMER**, on the following party at the following address:

    Aubrey Clark Jr.
    33763 E. Columbia Ave Apt 16
    Scappoose, OR 97056
      Plaintiff Pro Se

by mailing to him a true and correct copy thereof, certified by me as such, placed in a sealed envelope addressed to him at the address set forth above, and deposited in the U.S. Post Office at Portland, Oregon on said day with postage prepaid.

    s/ *Lauren E. Nweze*
    Lauren E. Nweze, OSB No. 145218
    Of Attorneys for Defendants City of St. Helens,
    Boswell, Eustice, Gaston and Castilleja

Page 1 -   CERTIFICATE OF SERVICE

**KRAEMER & LEWIS**
Not a Partnership
**Employees of CIS (Citycounty Insurance Services)**
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503) 763-3875
Facsimile: (503) 763-3901