**David C. Lewis**, OSB No. 953348
E-mail:  dlewis@cisoregon.org
**Lauren E. Nweze**, OSB No. 145218
E-mail:  lnweze@cisoregon.org
**KRAEMER & LEWIS**
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503)763-3875
Facsimile: (503) 763-3901

Of Attorneys for Defendants City of St. Helens,
Boswell, Eustice, Gaston, and Castilleja

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **AUBREY CLARK JR.**, | No. 3:20-cv-01723-HZ |
| Plaintiff, | |
| v. | **DEFENDANTS CITY OF ST. HELENS, OFFICER ANTHONY J. BOSWELL, SERGEANT EVIN V. EUSTICE, OFFICER DYLAN J. GASTON, AND SERGEANT JOSE CASTILLEJA III'S ("CITY DEFENDANTS") MOTION TO COMPEL APPEARANCE AND TESTIMONY OF PLAINTIFF AT DEPOSITION PURSUANT TO L-R 37** |
| **CITY OF ST. HELENS; OFFICER ANTHONY J. BOSWELL; SERGEANT EVIN V. EUSTICE; OFFICER DYLAN J. GASTON; SERGEANT JOSE H. CASTIJELLA, III; JOHN DOE 1** (Columbia County District Attorney); **JOHN DOE 2** (Columbia County Deputy District Attorney); and **JANE DOE 1** (Victim's Advocate, Columbia County DA's Office), | |
| Defendants. | |

**LR 7-1 CERTIFICATION**

Pursuant to Local Rule 7-1, the undersigned certifies that counsel for defendants City of St.

Helens, Officer Anthony J. Boswell, Sergeant Evin V. Eustice, Officer Dylan J. Gaston, and

Sergeant Jose Castilleja III ("City Defendants") made good faith efforts to confer with plaintiff

Page 1 -   **CITY DEFENDANTS' MOTION TO COMPEL APPEARANCE AND TESTIMONY OF PLAINTIFF AT DEPOSITION PURSUANT TO L-R 37**

KRAEMER & LEWIS
Not a Partnership
Employees of CIS (Citycounty Insurance Services)
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503) 763-3875
Facsimile: (503) 763-3901

Aubrey Clark, Jr., who is not represented by an attorney. (Nweze Decl., ¶¶ 2-5.) The parties were unable to confer, and the Court's ruling is necessary. (*Id*. at ¶ 6.)

<strong><u>BACKGROUND</u></strong>

On June 3, 2021, after arranging a mutually agreed upon date of June 15, 2021, for plaintiff's deposition, City Defendants served plaintiff's counsel, Thomas Freedman, with an Amended Notice of Deposition setting the deposition of plaintiff. (Nweze Decl., ¶ 7, Ex. 3, Am. Notice of Dep. of Pltf; ¶ 8, Ex. 4, June 4, 2021, email exchange.) On June 15, 2021, plaintiff failed to appear at the properly noticed deposition and failed to give any advance notice that he would not appear. (*See*, Nweze Decl., ¶ 9; *see also* Nweze Decl., Ex. 7, July 29, 2021, Statement on the Record, p. 3, lines 15-25 and p. 4, line 1.) On July 12, 2021, plaintiff's counsel Mr. Freedman moved to withdraw from the case as attorney of record and the motion was granted on July 13, 2021. (ECF Nos. 16 and 17.) Counsel for City Defendants attempted to serve plaintiff with another deposition notice through Mr. Freedman prior to his withdrawal but did not receive a response to this inquiry prior to the Court granting Mr. Freedman's motion to withdraw. (Nweze Decl., ¶ 11, Ex. 5, July 12, 2021, email exchange.)

On July 14, 2021, City Defendants served plaintiff with a Second Amended Notice of Deposition to the address provided by departing counsel Mr. Freedman, setting plaintiff's deposition to begin on July 29, 2021. (Nweze Decl., ¶ 12, Ex. 6, Sec. Am. Notice of Dep. of Pltf.) On July 29, 2021, plaintiff again failed to appear at the deposition and failed to provide any advance notice that he would not appear. (Nweze Decl., ¶ 13, Ex. 7, July 29, 2021, Statement on the Record, p. 3, lines 4-14.)

Fact discovery on this matter is currently set to be completed by August 30, 2021. (ECF No. 15.)

<strong><u>MOTION</u></strong>

Plaintiff's two depositions were properly noticed pursuant to Fed. R. Civ. P. 30(b)(1). To date, City Defendants have received no explanation for plaintiff's failure to appear at both

Page 2 -    **CITY DEFENDANTS' MOTION TO COMPEL APPEARANCE AND TESTIMONY OF PLAINTIFF AT DEPOSITION PURSUANT TO L-R 37**

**KRAEMER & LEWIS**
**Not a Partnership**
**Employees of CIS (Citycounty Insurance Services)**
**P.O. Box 1469**
**Lake Oswego, OR 97035**
**Telephone: (503) 763-3875**
**Facsimile: (503) 763-3901**

depositions, nor has plaintiff made any effort to reschedule or otherwise make himself available for deposition.  (Nweze Decl., ¶ 14.)

"Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense" and, "[f]or good cause, the court may order discovery of any matter relevant to the subject matter involved in the action." *Frank v. Cascade Healthcare Cmty., Inc.*, No. 6:11-CV-06402-AA, 2013 WL 6002442, at *2 (D. Or. Nov. 5, 2013) (citing Fed. R. Civ. P. 26(b)(1).)  Pursuant to Fed. R. Civ. P. 37(a)(1), City Defendants seek an order requiring plaintiff to appear and testify at his deposition within 30 days.  *See also*, *Nilsson, Robbins, Dalgarn, Berliner, Carson & Wurst v. Louisiana Hydrolec*, 854 F.2d 1538, 1547 (9th Cir. 1988) (it is within the discretion of the trial court to compel deposition testimony.)

Additionally, City Defendants have incurred reasonable attorney fees and court reporter fees to attend and arrange for a court reporter to attend plaintiff's two scheduled depositions. Pursuant to Fed. R. Civ. P. 37(d)(1)(a) and 37(d)(3), City Defendants request that plaintiff be required to pay City Defendants' reasonable attorney fees and court reporter fees caused by plaintiff's failure to appear twice.

## CONCLUSION

For the foregoing reasons, City Defendants respectfully request this Court enter an order requiring plaintiff to appear and give testimony at a deposition within 30 days and impose a sanction of reasonable attorney fees and costs incurred by City Defendants as a result of plaintiff's repeated failure to appear at deposition.

Respectfully submitted this 30th day of August 2021.

KRAEMER & LEWIS

By:    s/ *Lauren E. Nweze*
David C. Lewis, OSB No. 953348
Lauren E. Nweze, OSB No. 145218
Of Attorneys for Defendants City of
St. Helens, Boswell, Eustice, Gaston, and
Castilleja III

Page 3 -    **CITY DEFENDANTS' MOTION TO COMPEL APPEARANCE AND TESTIMONY OF PLAINTIFF AT DEPOSITION PURSUANT TO L-R 37**

**KRAEMER & LEWIS**
**Not a Partnership**
**Employees of CIS (Citycounty Insurance Services)**
**P.O. Box 1469**
**Lake Oswego, OR 97035**
**Telephone: (503) 763-3875**
**Facsimile: (503) 763-3901**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 31st day of August 2021, I served the foregoing **CITY DEFENDANTS' MOTION TO COMPEL APPEARANCE AND TESTIMONY OF PLAINTIFF AT DEPOSITION PURSUANT TO L-R 37**, on the following party at the following address:

> Aubrey Clark Jr.
> realclark94@gmail.com
> 33763 E. Columbia Ave Apt 16
> Scappoose, OR 97056
>   Plaintiff Pro Se

by emailing and mailing to him a true and correct copy thereof, certified by me as such, placed in a sealed envelope addressed to him at the address set forth above, and deposited in the U.S. Post Office at Portland, Oregon on said day with postage prepaid.


s/ *Lauren E. Nweze*
Lauren E. Nweze, OSB No. 145218
Of Attorneys for Defendants City of St. Helens,
Boswell, Eustice, Gaston and Castilleja

Page 1 -   **CERTIFICATE OF SERVICE**

**KRAEMER & LEWIS**
**Not a Partnership**
**Employees of CIS (Citycounty Insurance Services)**
**P.O. Box 1469**
**Lake Oswego, OR 97035**
**Telephone: (503) 763-3875**
**Facsimile: (503) 763-3901**