**David C. Lewis**, OSB No. 953348
E-mail:  dlewis@cisoregon.org
**Lauren E. Nweze**, OSB No. 145218
E-mail:  lnweze@cisoregon.org
**KRAEMER & LEWIS**
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503)763-3875
Facsimile: (503) 763-3901

Of Attorneys for Defendants City of St. Helens,
Boswell, Eustice, Gaston, and Castilleja

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **AUBREY CLARK JR.**, | No. 3:20-cv-01723-HZ |
| Plaintiff, | |
| v. | **DECLARATION OF LAUREN E. NWEZE IN SUPPORT OF CITY DEFENDANTS' MOTION TO COMPEL DEPOSITION PURSUANT TO L-R 37** |
| **CITY OF ST. HELENS**; **OFFICER ANTHONY J. BOSWELL**; **SERGEANT EVIN V. EUSTICE**; **OFFICER DYLAN J. GASTON**; **SERGEANT JOSE H. CASTIJELLA, III**; **JOHN DOE 1** (Columbia County District Attorney); **JOHN DOE 2** (Columbia County Deputy District Attorney); and **JANE DOE 1** (Victim's Advocate, Columbia County DA's Office), | |
| Defendants. | |

I, Lauren Nweze, hereby declare as follows:

1.     I am one of the attorneys representing defendants City of St. Helens, Officer

Anthony J. Boswell, Sergeant Evin V. Eustice, Officer Dylan J. Gaston, and Sergeant Jose

Castilleja III ("City Defendants") in this matter.  I have personal knowledge of the facts stated in

**KRAEMER & LEWIS**
**Not a Partnership**
**Employees of CIS (Citycounty Insurance Services)**
**P.O. Box 1469**
**Lake Oswego, OR 97035**
**Telephone: (503) 763-3875**
**Facsimile: (503) 763-3901**

this declaration.  I make this Declaration in support of the City Defendants' Motion to Compel

Deposition Pursuant to L-R 37.

2.    I made a good faith effort to confer with plaintiff Aubrey Clark Jr. via telephone on August 27, 2021, at (971) 895-0838, the phone number provided to my office by plaintiff's former attorney, Thomas Freedman, prior to his removal from the case.

3.    My call could not go through; instead, a prerecorded message indicated that the number dialed could not receive calls at this time.

4.    Following this call, I emailed plaintiff at realclark94@gmail.com, the email address provided to my office by Mr. Freedman prior to his removal from the case.  I inquired whether plaintiff had a working phone number, and if not, requested that he provide me with his position on this motion in writing.  Attached hereto as Exhibit 1 is a true and accurate copy of the conferral email to plaintiff dated August 27, 2021.

5.    On August 30, 2021, I again attempted to call plaintiff's phone number and received the same prerecorded message as before.  I sent another email to plaintiff's inquiring about conferral on this motion.  Attached hereto as Exhibit 2 is a true and accurate copy of the conferral email to plaintiff dated August 30, 2021.

6.    As of the filing of this motion, I have not received any communications, either by phone or email from plaintiff in response and the parties have been unable to confer.

7.    Plaintiff, through his attorney at the time, Mr. Freedman, was served with an Amended Notice of Deposition of Plaintiff on June 3, 2021.  This Notice set plaintiff's deposition for June 15, 2021.  Attached hereto as Exhibit 3 is a true and accurate copy of the Amended Notice of Deposition of Plaintiff.

8.    Plaintiff's first deposition date was scheduled based upon mutual agreement between City Defendants representative and Mr. Freedman.  Attached hereto as Exhibit 4 is a true and accurate copy of an email exchanged between City Defendants representative and Mr. Freedman dated June 3, 2021.

/ / /

Page 2 -    **DECLARATION OF LAUREN E. NWEZE IN SUPPORT OF CITY DEFENDANTS' MOTION TO COMPEL DEPOSITION PURSUANT TO L-R 37**

**KRAEMER & LEWIS**
Not a Partnership
Employees of CIS (Citycounty Insurance Services)
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503) 763-3875
Facsimile: (503) 763-3901

9.      On June 15, 2021, counsel for City Defendants Steve Kraemer, plaintiff's counsel Mr. Freedman, and a court reporter were present for plaintiff's deposition, however plaintiff failed to appear to his deposition.  Plaintiff did not give any advance notice that he was not going to appear.

10.      Counsel for plaintiff, Mr. Freedman, withdrew as plaintiff's counsel on July 13, 2021.  Counsel for City Defendants is not aware of the reason for Mr. Freedman's withdrawal.

11.      Counsel for City Defendants attempted to serve plaintiff with another deposition notice through Mr. Freedman prior to his withdrawal, but did not receive a response to this inquiry prior to the Court granting Mr. Freedman's motion to withdraw. Attached hereto as Exhibit 5 is a true and accurate copy of an email exchange between Mr. Kraemer and Mr. Freedman dated July 12, 2021.

12.      Plaintiff was served with a Second Amended Notice of Deposition of Plaintiff on July 14, 2021, at the address provided by Mr. Freedman.  This Notice set plaintiff's deposition for July 29, 2021.  Attached hereto as Exhibit 6 is a true and accurate copy of the Second Amended Notice of Deposition of Plaintiff.

13.      On July 29, 2021, counsel for City Defendants Steve Kraemer and Lauren Nweze and a court reporter were present for plaintiff's deposition, however plaintiff again failed to appear.  Plaintiff did not give any advance notice that he was not going to appear.  Attached hereto as Exhibit 7 is a true and accurate copy of the July 29, 2021, Statement on the Record.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 3 -   **DECLARATION OF LAUREN E. NWEZE IN SUPPORT OF CITY DEFENDANTS' MOTION TO COMPEL DEPOSITION PURSUANT TO L-R 37**

**KRAEMER & LEWIS**
**Not a Partnership**
**Employees of CIS (Citycounty Insurance Services)**
**P.O. Box 1469**
**Lake Oswego, OR 97035**
**Telephone: (503) 763-3875**
**Facsimile: (503) 763-3901**

14.     As of this filing, counsel for City Defendants has received no explanation for plaintiff's failure to appear at either deposition, nor has plaintiff made any effort to reschedule or otherwise make himself available for deposition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 30th day of August 2021.

KRAEMER & LEWIS

By:    s/ *Lauren E. Nweze*
          Lauren E. Nweze, OSB No. 145218
          Of Attorneys for Defendants City of
          St. Helens, Boswell, Eustice, Gaston, and
          Castilleja III

Page 4 -  **DECLARATION OF LAUREN E. NWEZE IN SUPPORT OF CITY DEFENDANTS' MOTION TO COMPEL DEPOSITION PURSUANT TO L-R 37**

**KRAEMER & LEWIS**
**Not a Partnership**
**Employees of CIS (Citycounty Insurance Services)**
**P.O. Box 1469**
**Lake Oswego, OR 97035**
**Telephone: (503) 763-3875**
**Facsimile: (503) 763-3901**

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August 2021, I served the foregoing

**DECLARATION OF LAUREN E. NWEZE IN SUPPORT OF CITY DEFENDANTS'**

**MOTION TO COMPEL DEPOSITION PURSUANT TO L-R 37**, on the following party at the

following address:

> Aubrey Clark Jr.
> realclark94@gmail.com
> 33763 E. Columbia Ave., Apt 16
> Scappoose, OR 97056
>   Plaintiff Pro Se

by emailing and mailing to him a true and correct copy thereof, certified by me as such, placed in a

sealed envelope addressed to him at the address set forth above, and deposited in the U.S. Post

Office at Portland, Oregon on said day with postage prepaid.


s/ *Lauren E. Nweze*
Lauren E. Nweze, OSB No. 145218
Of Attorneys for Defendants City of St. Helens,
Boswell, Eustice, Gaston and Castilleja


Page 1 -   **CERTIFICATE OF SERVICE**

**KRAEMER & LEWIS**
**Not a Partnership**
**Employees of CIS (Citycounty Insurance Services)**
**P.O. Box 1469**
**Lake Oswego, OR 97035**
**Telephone: (503) 763-3875**
**Facsimile: (503) 763-3901**