# Melanie Webb

| | |
|---|---|
| **From:** | Lauren Nweze |
| **Sent:** | Monday, August 30, 2021 11:11 AM |
| **To:** | realclark94@gmail.com |
| **Cc:** | Melanie Webb; Dave Lewis |
| **Subject:** | RE: Aubrey Clark v. City of St. Helens, et. al. - Conferral on Defendants' Motion to Compel Deposition |

Mr. Clark,

I am following up with you regarding the below email as I have not received any response.  I tried to call your number again and received the same message.  Please email me back before 3 p.m. today to confer on our motion to compel your deposition.  If I have not heard back from you by that time, I will move forward with filing the motion.

Regards,

Lauren Nweze

---

**From:** Lauren Nweze
**Sent:** Friday, August 27, 2021 12:13 PM
**To:** realclark94@gmail.com
**Cc:** Melanie Webb <MWebb@cisoregon.org>; Dave Lewis <DLEWIS@CISOREGON.ORG>
**Subject:** Aubrey Clark v. City of St. Helens, et. al. - Conferral on Defendants' Motion to Compel Deposition

Mr. Clark,

I am one of the attorneys representing the defendants in your case against the City of St. Helens and its employees.  I intend on filing a motion to compel your deposition, along with a request for sanctions for your failure to appear at the two previously noticed depositions.  I attempted to call your cell phone (971-895-0838) in order to confer on this motion, as required by local rule.  When I called the number, it stated that the number was not currently able to accept any calls.  Do you have another number I can call to confer with you by phone on this motion?  If you do not have access to a phone, please let me know your position in response to this email.  Based upon the discovery deadline in this case, I intend on filing the motion by end of day on Monday, August 30.  I will make myself available this weekend if you are unable to call during normal business hours.

Please email me back promptly so we can confer on this motion.

Regards,

Lauren Nweze

**Exhibit 2**
**Page 1 of 1**