**Steven A. Kraemer,** OSB No. 882476
E-mail:  skraemer@cisoregon.org
**David C. Lewis**, OSB No. 953348
E-mail:  dlewis@cisoregon.org
**Lauren E. Nweze**, OSB No. 145218
E-mail:  lnweze@cisoregon.org
**KRAEMER & LEWIS**
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503)763-3875
Facsimile: (503) 763-3901


Of Attorneys for Defendants City of St. Helens,
Boswell, Eustice, Gaston and Castilleja

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **AUBREY CLARK JR.**,<br><br>       Plaintiff,<br><br>   v.<br><br>**CITY OF ST. HELENS**; **OFFICER ANTHONY J. BOSWELL**; **SERGEANT EVIN V. EUSTICE**; **OFFICER DYLAN J. GASTON**; **SERGEANT JOSE H. CASTIJELLA, III**; **JOHN DOE 1** (Columbia County District Attorney); **JOHN DOE 2** (Columbia County Deputy District Attorney); and **JANE DOE 1** (Victim's Advocate, Columbia County DA's Office),<br><br>       Defendants. | No. 3:20-cv-07123-HZ<br><br>**CITY DEFENDANTS' AMENDED NOTICE OF DEPOSITION OF PLAINTIFF** |

/ / /

/ / /

Page 1 -    **CITY DEFENDANTS' AMENDED NOTICE OF DEPOSITION OF PLAINTIFF**

**KRAEMER & LEWIS**
**Not a Partnership**
**Employees of CIS (Citycounty Insurance Services)**
**P.O. Box 1469**
**Lake Oswego, OR 97035**
**Telephone: (503) 763-3875**
**Facsimile: (503) 763-3901**

**Exhibit 3**
**Page 1 of 3**

**TO:  PLAINTIFF AND HIS ATTORNEY OF RECORD, THOMAS FREEDMAN**

YOU AND EACH OF YOU, please take notice that defendants City of St. Helens, Officer Anthony J. Boswell, Sergeant Evin V. Eustice, Officer Dylan J. Gaston and Sergeant Jose H. Castilleja ("City Defendants") will take the deposition of plaintiff on Tuesday, June 15, 2021, beginning at 11:00 a.m. and continuing until completed via video conferencing.

The testimony will be recorded by stenographic means.  You are invited to attend and examine the witness.

DATED this 3rd day of June 2021.

KRAEMER & LEWIS

By:  s/ *Steven A. Kraemer*
Steven A. Kraemer, OSB No. 882476
Lauren E. Nweze, OSB No. 145218
Of Attorneys for Defendants City of St.
Helens, Boswell, Eustice, Gaston and Castilleja

**KRAEMER & LEWIS**
**Not a Partnership**
**Employees of CIS (Citycounty Insurance Services)**
**P.O. Box 1469**
**Lake Oswego, OR 97035**
**Telephone: (503) 763-3875**
**Facsimile: (503) 763-3901**

**Exhibit 3**
**Page 2 of 3**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 3rd day of June 2021, I served the foregoing **CITY DEFENDANTS' AMENDED NOTICE OF DEPOSITION OF PLAINTIFF**, on the following party at the following address:

Thomas Freedman
thomas@prllaw.com
Pearl Law LLC
333 SW Taylor Street, Suite 300
Portland, OR 97204
Attorney for Plaintiff

by mailing to him a true and correct copy thereof, certified by me as such, placed in a sealed envelope addressed to him at the address set forth above, and deposited in the U.S. Post Office at Portland, Oregon on said day with postage prepaid.

s/ *Steven A. Kraemer*
Steven A. Kraemer, OSB No. 882476
Of Attorneys for Defendants City of St. Helens,
Boswell, Eustice, Gaston and Castilleja

Page 1 -   **CERTIFICATE OF SERVICE**

**KRAEMER & LEWIS**
**Not a Partnership**
**Employees of CIS (Citycounty Insurance Services)**
**P.O. Box 1469**
**Lake Oswego, OR 97035**
**Telephone: (503) 763-3875**
**Facsimile: (503) 763-3901**

**Exhibit 3**
**Page 3 of 3**