## Melanie Webb

| | |
|---|---|
| **From:** | Melanie Webb |
| **Sent:** | Thursday, June 3, 2021 3:49 PM |
| **To:** | thomas@prllaw.com |
| **Cc:** | Steve Kraemer; Dave Lewis; Raechelle Ottosen |
| **Subject:** | RE: Aubrey Clark v. City of St. Helens, et al. |
| **Attachments:** | NOD - Plaintiff (Amended).pdf |

Tom,

Attached is an Amended Notice of Deposition of Plaintiff. I've changed it so the start time is now 11.

**From:** thomas@prllaw.com <thomas@prllaw.com>
**Sent:** Thursday, June 3, 2021 12:28 PM
**To:** Melanie Webb <MWebb@cisoregon.org>
**Cc:** Steve Kraemer <skraemer@cisoregon.org>; Dave Lewis <dlewis@cisoregon.org>; Raechelle Ottosen <rottosen@cisoregon.org>
**Subject:** RE: Aubrey Clark v. City of St. Helens, et al.

Melanie,

Could we start Mr. Clark's depo at 11am on 6/15? The court in one of my federal cases wants to schedule a plea hearing at 10am that day.

Thanks,

**Thomas Freedman | Pearl Law LLC**
**333 SW Taylor Street | Suite 300 | Portland, OR  97204**
**v 503.295.6296 | f 503.217.5510**
**thomas@prllaw.com | www.pearllawllc.com**

This transmission may contain confidential or privileged information. It is intended only for the use of the recipient named above. If you are not the intended recipient, any disclosure, distribution, forwarding or copying of this transmission, or the taking of any action based on this transmission, is prohibited. If you have received this in error, please notify us immediately by reply email. In addition, please delete the erroneously received transmission.

 Please consider the environment before printing this email.

**From:** Melanie Webb <MWebb@cisoregon.org>
**Sent:** Friday, May 28, 2021 10:55 AM
**To:** thomas@prllaw.com
**Cc:** Steve Kraemer <skraemer@cisoregon.org>; Dave Lewis <dlewis@cisoregon.org>; Raechelle Ottosen <rottosen@cisoregon.org>
**Subject:** RE: Aubrey Clark v. City of St. Helens, et al.

Hi Tom,

You're correct, you did tell me before that you were unavailable on June 18. I apologize. It's taken awhile to get back to you about Hamalian's deposition because I was waiting to hear from his office. He's unavailable on June 28 now

1

**Exhibit 4**
**Page 1 of 4**

due to a court appearance.  His office gave me the following dates that he is available. (We are still planning on taking Mr. Hartwell's deposition on June 28 at 10:30.)

June 14th  from noon to 2 (we already have something scheduled that morning, but could possibly do this if we start at 12:30)
June 23rd from 2-5 (we're available on this date and time)
June 24th for 3-5 (we're available this time)

---

**From:** thomas@prllaw.com <thomas@prllaw.com>
**Sent:** Wednesday, May 19, 2021 6:24 PM
**To:** Melanie Webb <MWebb@cisoregon.org>
**Cc:** Steve Kraemer <skraemer@cisoregon.org>; Dave Lewis <dlewis@cisoregon.org>; Raechelle Ottosen <rottosen@cisoregon.org>
**Subject:** RE: Aubrey Clark v. City of St. Helens, et al.

Melanie,

I am confirming the dates and times for depositions on **6/15** (9am), **6/17** (10am and 1pm), and **7/15** (9am and 1pm).

As I have mentioned several times (*see* attached email), I am **unavailable** on 6/18.  I am holding open 6/28 for depos of Hamalian and Hartwell.

Thanks,

**Thomas Freedman | Pearl Law LLC**
**333 SW Taylor Street | Suite 300 | Portland, OR 97204**
**v 503.295.6296 | f 503.217.5510**
**thomas@prllaw.com | www.pearllawllc.com**

This transmission may contain confidential or privileged information. It is intended only for the use of the recipient named above. If you are not the intended recipient, any disclosure, distribution, forwarding or copying of this transmission, or the taking of any action based on this transmission, is prohibited. If you have received this in error, please notify us immediately by reply email. In addition, please delete the erroneously received transmission.

 Please consider the environment before printing this email.

---

**From:** Melanie Webb <MWebb@cisoregon.org>
**Sent:** Wednesday, May 19, 2021 11:06 AM
**To:** thomas@prllaw.com
**Cc:** Steve Kraemer <skraemer@cisoregon.org>; Dave Lewis <dlewis@cisoregon.org>; Raechelle Ottosen <rottosen@cisoregon.org>
**Subject:** RE: Aubrey Clark v. City of St. Helens, et al.

Hi Tom,

I was able to move Officer Jose Castilleja to July 15.  Would starting his deposition 9 a.m. work?  Also, Alex Hamalian's office told me this morning he's moved some things around and he can be available the afternoon of June 18 for his deposition. Would that work for you?

**Exhibit 4**
**Page 2 of 4**

Here's the schedule that I have.

June 15 – Plaintiff
June 17 – Dylan Gaston (10 am) & Evin Eustice (1 pm)
June 18 – Hartwell (9 am) & Hamalian (1 pm)
July 15 – Jose Castilleja (9 am) & Anthony Boswell (1 pm)

---

**From:** thomas@prllaw.com <thomas@prllaw.com>
**Sent:** Sunday, May 16, 2021 3:54 PM
**To:** Melanie Webb <MWebb@cisoregon.org>
**Cc:** Steve Kraemer <skraemer@cisoregon.org>; Dave Lewis <dlewis@cisoregon.org>; Raechelle Ottosen <rottosen@cisoregon.org>
**Subject:** RE: Aubrey Clark v. City of St. Helens, et al.

Melanie,

It turns out I have a hearing at 9am on 6/17 and won't be able to start the depos until 10am on that day.  My suggestion:  we hold two defendant depos on 6/17 and two defendant depos on 7/15 (the day we are holding for Boswell).  Let me know if that works.

Also, is your firm arranging for the court report on the defendant depo days as well?  If not, can you please send me the contact info for your reporter so I can book the same company?

Thanks,

**Thomas Freedman | Pearl Law LLC**
**333 SW Taylor Street | Suite 300 | Portland, OR 97204**
**v 503.295.6296 | f 503.217.5510**
**thomas@prllaw.com | www.pearllawllc.com**

This transmission may contain confidential or privileged information. It is intended only for the use of the recipient named above. If you are not the intended recipient, any disclosure, distribution, forwarding or copying of this transmission, or the taking of any action based on this transmission, is prohibited. If you have received this in error, please notify us immediately by reply email. In addition, please delete the erroneously received transmission.

Please consider the environment before printing this email.

---

**From:** Melanie Webb <MWebb@cisoregon.org>
**Sent:** Friday, May 14, 2021 8:48 AM
**To:** thomas@prllaw.com
**Cc:** Steve Kraemer <skraemer@cisoregon.org>; Dave Lewis <dlewis@cisoregon.org>; Raechelle Ottosen <rottosen@cisoregon.org>
**Subject:** RE: Aubrey Clark v. City of St. Helens, et al.

Hi Tom,

I wanted to let you know that we need to change the times of Evin Eustice and Dylan Gaston's depositions. Evin is on patrol that day and would need to call someone to cover for him if his deposition is in the morning, so we're moving him to 1 p.m. and Dylan to 10:30.

---

**From:** Melanie Webb
**Sent:** Tuesday, May 11, 2021 8:56 AM

**Exhibit 4**
**Page 3 of 4**

**To:** thomas@prllaw.com
**Cc:** Steve Kraemer <skraemer@cisoregon.org>; Dave Lewis <DLEWIS@CISOREGON.ORG>;
Raechelle Ottosen <rottosen@cisoregon.org>
**Subject:** Aubrey Clark v. City of St. Helens, et al.

Tom,

Attached are Notices of Depositions for Plaintiff, Hartwell and Hamalian, which you may have already received by mail. I wanted to let you know I've reserved Lehmann Court Reporting and they will send the video conferencing link the day before.

Alex Hamalian's assistant contacted me and said he received a subpoena for court for June 28 and he's now unavailable. I contacted their office this morning but she's out until Monday so will call her then to find more available dates.



**Melanie Webb** | Legal Assistant
CIS | P.O. Box 1469 | Lake Oswego, OR 97035
p 503-763-3862 | 800-922-2684 x3862 | f 503-763-3900
www.cisoregon.org

*CIS has partnered with SAIF to provide CIS members with workers' compensation coverage starting July 1, 2021. CIS Property/Liability members who join the CIS Service Group will receive a 5% multiline discount on their Property/Liability premium. For more information visit our website.*

**Exhibit 4**
**Page 4 of 4**