## Melanie Webb

| | |
|---|---|
| **From:** | Steve Kraemer |
| **Sent:** | Monday, July 12, 2021 1:38 PM |
| **To:** | thomas@prllaw.com |
| **Cc:** | Melanie Webb; Dave Lewis; Lauren Nweze |
| **Subject:** | RE: Aubrey Clark v. City of St. Helens, et al. - Motion to Withdraw |

Tom

We won't agree to the further extension because it will likely impact the trial date, given that we will be filing a MSJ.

We are going to issue a Notice of Deposition to Mr. Clark and hopefully we will be able to get his deposition taken within a few weeks, although we understand that will be after you are no longer representing him.

Will you accept service of the Notice, as we are not sure of his current address and we cannot contact him while you are representing him, in any event.

Thanks

Steve

**From:** thomas@prllaw.com <thomas@prllaw.com>
**Sent:** Monday, July 12, 2021 11:17 AM
**To:** Steve Kraemer <skraemer@cisoregon.org>
**Cc:** Melanie Webb <MWebb@cisoregon.org>; Dave Lewis <dlewis@cisoregon.org>; Raechelle Ottosen <rottosen@cisoregon.org>
**Subject:** RE: Aubrey Clark v. City of St. Helens, et al. - Motion to Withdraw

Steve,

I will be filing an unopposed motion to withdraw today.

Any opposition to extending all deadlines (except trial) by another 30 days?  No new counsel is incoming at this time and I will be providing the court and your office with contact information for Mr. Clark.

Thanks,

**Thomas Freedman | Pearl Law LLC**
**333 SW Taylor Street | Suite 300 | Portland, OR  97204**
**v 503.295.6296  | f 503.217.5510**
**thomas@prllaw.com | www.pearllawllc.com**

This transmission may contain confidential or privileged information. It is intended only for the use of the recipient named above. If you are not the intended recipient, any disclosure, distribution, forwarding or copying of this transmission, or the taking of any action based on this transmission, is prohibited. If you have received this in error, please notify us immediately by reply email. In addition, please delete the erroneously received transmission.

🌿 Please consider the environment before printing this email.

**Exhibit 5**
**Page 1 of 2**

**From:** Steve Kraemer <skraemer@cisoregon.org>
**Sent:** Friday, July 9, 2021 10:20 AM
**To:** thomas@prllaw.com
**Cc:** Melanie Webb <MWebb@cisoregon.org>; Dave Lewis <dlewis@cisoregon.org>; Raechelle Ottosen <rottosen@cisoregon.org>
**Subject:** RE: Aubrey Clark v. City of St. Helens, et al. - Motion to Withdraw

Tom

Happy to talk, the number is 1.503.329.7011.  However we wont object to you withdrawing.

Steve

**From:** thomas@prllaw.com <thomas@prllaw.com>
**Sent:** Friday, July 9, 2021 10:01 AM
**To:** Steve Kraemer <skraemer@cisoregon.org>
**Cc:** Melanie Webb <MWebb@cisoregon.org>; Dave Lewis <dlewis@cisoregon.org>; Raechelle Ottosen <rottosen@cisoregon.org>
**Subject:** RE: Aubrey Clark v. City of St. Helens, et al. - Motion to Withdraw

Steve,

Can you let me know when you have time to confer about a motion to withdraw as Mr. Clark's counsel?  Alternatively, you can provide me with your position by email.

Thanks,

**Thomas Freedman | Pearl Law LLC**
**333 SW Taylor Street | Suite 300 | Portland, OR  97204**
**v 503.295.6296  | f 503.217.5510**
**thomas@prllaw.com | www.pearllawllc.com**

This transmission may contain confidential or privileged information. It is intended only for the use of the recipient named above. If you are not the intended recipient, any disclosure, distribution, forwarding or copying of this transmission, or the taking of any action based on this transmission, is prohibited. If you have received this in error, please notify us immediately by reply email. In addition, please delete the erroneously received transmission.

 Please consider the environment before printing this email.



**Steve Kraemer** | Senior Litigation Attorney
CIS | P.O. Box 1469 | Lake Oswego, OR 97035
p 503-763-3839 | 800-922-2684 x3839 | f 503-763-3900
www.cisoregon.org

*CIS has partnered with SAIF to provide CIS members with workers' compensation coverage starting July 1, 2021. CIS Property/Liability members who join the CIS Service Group will receive a 5% multiline discount on their Property/Liability premium. For more information visit our website.*

**Exhibit 5**
**Page 2 of 2**