**Steven A. Kraemer,** OSB No. 882476
E-mail:  skraemer@cisoregon.org
**David C. Lewis**, OSB No. 953348
E-mail:  dlewis@cisoregon.org
**Lauren E. Nweze**, OSB No. 145218
E-mail:  lnweze@cisoregon.org
**KRAEMER & LEWIS**
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503)763-3875
Facsimile: (503) 763-3901

Of Attorneys for Defendants City of St. Helens,
Boswell, Eustice, Gaston and Castilleja

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **AUBREY CLARK JR.**,<br><br>          Plaintiff,<br><br>     v.<br><br>**CITY OF ST. HELENS**; **OFFICER ANTHONY J. BOSWELL**; **SERGEANT EVIN V. EUSTICE**; **OFFICER DYLAN J. GASTON**; **SERGEANT JOSE H. CASTIJELLA, III**; **JOHN DOE 1** (Columbia County District Attorney); **JOHN DOE 2** (Columbia County Deputy District Attorney); and **JANE DOE 1** (Victim's Advocate, Columbia County DA's Office),<br><br>          Defendants. | No. 3:20-cv-01723-HZ<br><br>**CITY DEFENDANTS' SECOND AMENDED NOTICE OF DEPOSITION OF PLAINTIFF** |

/ / /

/ / /

Page 1 -   **CITY DEFENDANTS' SECOND AMENDED
NOTICE OF DEPOSITION OF PLAINTIFF**

**KRAEMER & LEWIS**
**Not a Partnership**
**Employees of CIS (Citycounty Insurance Services)**
**P.O. Box 1469**
**Lake Oswego, OR 97035**
**Telephone: (503) 763-3875**
**Facsimile: (503) 763-3901**

**Exhibit 6**
**Page 1 of 3**

**TO: Plaintiff Aubrey Clark, Jr., Pro Se**

YOU AND EACH OF YOU, please take notice that defendants City of St. Helens, Officer Anthony J. Boswell, Sergeant Evin V. Eustice, Officer Dylan J. Gaston and Sergeant Jose H. Castilleja ("City Defendants") will take the deposition of plaintiff Aubrey Clark, Jr. on Thursday, July 29, 2021, beginning at 10:30 a.m. and continuing until completed at the City Hall, City of Scappoose, 33568 East Columbia Avenue, Scappoose, Oregon 97056.

The testimony will be recorded by stenographic and means. You are invited to attend and examine the witness.

DATED this 14th day of July 2021.

KRAEMER & LEWIS

By: s/ *Lauren E. Nweze*
Steven A. Kraemer, OSB No. 882476
Lauren E. Nweze, OSB No. 145218
Of Attorneys for Defendants City of St. Helens, Boswell, Eustice, Gaston and Castilleja

Page 2 -    **CITY DEFENDANTS' SECOND AMENDED NOTICE OF DEPOSITION OF PLAINTIFF**

**KRAEMER & LEWIS**
Not a Partnership
Employees of CIS (Citycounty Insurance Services)
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (503) 763-3875
Facsimile: (503) 763-3901

**Exhibit 6**
**Page 2 of 3**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 14th day of July 2021, I served the foregoing **CITY DEFENDANTS' SECOND AMENDED NOTICE OF DEPOSITION OF PLAINTIFF**, on the following party at the following address:

Aubrey Clark Jr.
33763 E. Columbia Ave., Apt. 16
Scappoose, OR 97056
Plaintiff Pro Se

by mailing to him a true and correct copy thereof, certified by me as such, placed in a sealed envelope addressed to him at the address set forth above, and deposited in the U.S. Post Office at Portland, Oregon on said day with postage prepaid.

s/ *Lauren E. Nweze*
Lauren E. Nweze, OSB No. 145218
Of Attorneys for Defendants City of St. Helens,
Boswell, Eustice, Gaston and Castilleja

Page 1 -   **CERTIFICATE OF SERVICE**

**KRAEMER & LEWIS**
**Not a Partnership**
**Employees of CIS (Citycounty Insurance Services)**
**P.O. Box 1469**
**Lake Oswego, OR 97035**
**Telephone: (503) 763-3875**
**Facsimile: (503) 763-3901**

**Exhibit 6**
**Page 3 of 3**