IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AUBREY CLARK, JR.,           ) | |
|           ) | |
|    Plaintiff,      ) | |
|           ) | |
|    vs.         ) | Case No. |
|           ) | 3:20-CV-01723-HZ |
| CITY OF ST. HELENS; OFFICER   ) | |
| ANTHONY J. BOSWELL; SERGEANT  ) | |
| EVIN V. EUSTICE; OFFICE DYLAN ) | |
| J. GASTON; SERGEANT JOSE H.    ) | |
| CASTIJELLA, III; JOHN DOE 1   ) | |
| (Columbia Country District    ) | |
| Attorney); JOHN DOE 2        ) | |
| (Columbia County Deputy      ) | |
| District Attorney; and JANE   ) | |
| DOE 1 (Victim's Advocate,     ) | |
| Columbia Country DA's Office),) | |
|           ) | |
|    Defendants.     ) | |
|           ) | |

STATEMENT ON THE RECORD

\*   \*   \*

July 29, 2021

33568 East Columbia Avenue

Scappoose, Oregon

Ashley L. Aronson

Court Reporter

Exhibit 7
Page 1 of 5

2

                              APPEARANCES:

For the Defendants:    MS. LAUREN E. NWEZE
                       MR. STEVEN A. KRAEMER
                       Attorneys at Law
                       Kraemer & Lewis
                       PO Box 1469
                       Lake Oswego, Oregon 97035
                       503-763-3839
                       lnweze@cisoregon.org
                       skraemer@cisoregon.org

SCAPPOOSE, OREGON; THURSDAY, JULY 29, 2021

10:54 a.m.

* * *

MS. NWEZE:  This is Lauren Nweze appearing on behalf of the City of St. Helens, Officer Anthony Boswell, Sergeant Evin Eustice, Officer Dylan Gaston and Sergeant Jose Castijella.

We are here for the scheduled deposition of plaintiff, Aubrey Clark, which was noticed for 10:30 a.m.  It's now 10:54 a.m.  Mr. Clark is not here and we've received no communication from Mr. Clark about his whereabouts, needing to reschedule or being late. We are therefore concluding this as Mr. Clark has failed to appear for his scheduled deposition.

MR. KRAEMER:  This is Steve Kraemer, also for the City.  The record should reflect that there was a deposition previously scheduled and at that time he was represented by counsel.  Counsel was present, defense counsel was present as was the court reporter, and Mr. Clark did not appear at this deposition either nor did he give any advance notice that he was not going to appear.

Shortly after that deposition, his attorney, Tom Freedman, resigned for reasons that are not known to defense counsel, but this is the second time he has

4

failed to appear at his scheduled deposition.

(The statement on the record concluded at 10:56 a.m.)

Exhibit 7
Page 4 of 5

C E R T I F I C A T E

STATE OF OREGON          )
                        )
COUNTY OF MULTNOMAH      )


        I, Ashley L. Aronson, a Notary Public in and for the State of Oregon, certify that the statement on the record occurred at the time and place set forth in the caption hereof; that at said time and place I reported in Stenotype all the testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction and the foregoing transcript, pages 1 through 4, both inclusive, contains a full, true and correct record of all such testimony adduced and oral proceedings had and of the whole thereof.

        Witness my hand and Notarial seal at Portland, Oregon, this 30th day of July, 2021.




_____
ASHLEY L. ARONSON
Notary Public for the State of
Oregon, residing at Portland
Commission No. 979842
My Commission Expires:  10/1/2022