IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AUBREY CLARK JR., | No. 3:20-cv-01723-HZ |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF ST. HELENS; OFFICER ANTHONY J. BOSWELL; SERGEANT EVIN V. EUSTICE; OFFICER DYLAN J. GASTON; SERGEANT JOSE H. CASTIJELLA, III; JOHN DOE 1 (Columbia County District Attorney); JOHN DOE 2 (Columbia County Deputy District Attorney); and JANE DOE 1 (Victim's Advocate, Columbia County DA's Office), | |
| Defendants. | |

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice. Pending motions, if any, are denied as moot.

DATED:___November 27, 2021_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

1 – JUDGMENT